WALTER READE, INC., A NEW JERSEY CORPORATION, PLAINTIFF-APPELLANT, v. TOWNSHIP OF LACEY, A MUNICIPAL CORPORATION OF THE STATE OF NEW JERSEY, DEFENDANT-RESPONDENT, AND DIVISION OF TAX APPEALS, DEPARTMENT OF THE TREASURY, RESPONDENT.

Argued December 4, 1961—Decided February 5, 1962.

*Mr. John C. Giordano, Jr.,* argued the cause for plaintiff-appellant (*Messrs. Giordano & Giordano,* attorneys).

*Mr. Edward W. Haines* argued the cause for defendant-respondent Township of Lacey (*Messrs. Haines & Schuman,* attorneys).

*Mr. Alan B. Handler,* Deputy Attorney General, argued the cause for respondent Division of Tax Appeals (*Mr. David D. Furman,* Attorney General of New Jersey, attorney).

The opinion of the court was delivered

PER CURIAM. This case is controlled by *Walter Reade, Inc. v. Township of Dennis,* 36 *N. J.* 435, decided this day. The judgment of the Division of Tax Appeals is reversed with directions to vacate the assessment. No costs.

*For reversal*—Chief Justice WEINTRAUB, and Justices JACOBS, FRANCIS, PROCTOR, HALL, SCHETTINO and HANEMAN—7.

*For affirmance*—None.